JOHN CHADWICK, Respondent, *v.* DECIMUS R. BURROWS et al.,
Appellants.

(Submitted June 27, 1889; decided October 8, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made October 22, 1886, which modified a judgment in favor
of plaintiff, entered upon a decision on trial at Special Term.

*George Wing* for appellants.

*A. K. Potter* for respondent.

Agree to dismiss appeal on the ground that the judgment
appealed from and the sole matter in controversy, excluding
costs, are less than $500 ; no opinion.
All concur.
Appeal dismissed.